# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 325 Common Pleas |
| | : | |
| APPOINTMENT OF ADMINISTRATIVE | : | Judicial Classification Docket |
| JUDGE OF THE TRIAL DIVISION OF | : | |
| THE FIRST JUDICIAL DISTRICT OF | : | |
| PENNSYLVANIA | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 22nd day of October, 2014, in accordance with the general supervisory powers vested in this Court by Article V, Section 10 of the Pennsylvania Constitution, the Honorable Kevin M. Dougherty is hereby appointed as Administrative Judge of the Trial Division of the First Judicial District of Pennsylvania for a period of three years or at the pleasure of the Court, effective December 1, 2014. It is further ordered that Judge Dougherty shall continue with his current assignment as a judge in the Family Court Division of the First Judicial District of Pennsylvania to the extent feasible and so long as that assignment does not interfere with his administrative duties.